PARLOR CAR DE LUXE COACH CO., APPELLANT, v. AT-
LANTIC CITY, RESPONDENT.

Submitted October 26, 1929—Decided February 3, 1930.

For the appellant, *Cole & Cole*.

For the respondent, *Joseph L. Perskie*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, KALISCH, LLOYD, CASE, BODINE, VAN BUS-
KIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.